IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DENNIS COLEMAN )
)
Plaintiff(s), )
)
v. ) CIVIL ACTION NO.:
) 2:20-cv-57-MHT-SRW
DOLLAR TREE STORES, et al. )
)
)
Defendant(s). )

## NOTICE OF REMOVAL

Defendant, Dollar Tree Stores, Inc., ("Dollar Tree" or "Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes this action filed by Plaintiff Dennis Coleman in the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. In support of this Notice, Dollar Tree shows the following:

### A. PROCEDURAL BACKGROUND

1. This case was commenced by Plaintiff on January 9, 2020, in the Circuit Court of Montgomery County, Alabama, Case No. 03-CV-2020-900024.00. The documents attached as Exhibit "A" constitute all of the process and pleadings served and filed in this action to date, pursuant to 28 U.S.C. § 1446(a).

2. Service of process was issued to Defendant *via* certified mail on January 9, 2020, and Defendant was served with a copy of the Summons and Complaint on or about January 13, 2020. [See Exhibit "A"].

3. This Notice of Removal is filed in the United States District Court for the Middle District of Alabama, Northern Division, within the district and division embracing the place where the state court case was filed as required by 28 U.S.C. §§ 1332 and 1441(a).

4. This Notice of Removal is filed within the period of time required by 28 U.S.C. § 1446(b).

5. Promptly after the filing of this Notice, Defendant is filing a copy with the Clerk of the Circuit Court of Montgomery County, Alabama as required by 28 U.S.C. § 1446(d).

## B. DIVERSITY OF THE PARTIES

6. Plaintiff is a resident citizen of the State of Alabama. [Exhibit "A" - Complaint, ¶ 1].

7. Dollar Tree is a foreign limited liability company organized under the laws of the State of Virginia with its principal place of business in the State of Virginia. Thus, Dollar Tree is a citizen of the State Virginia, and it is not a citizen of the State of Alabama. (Exhibit A – Complaint, ¶ 2; See Dollar Tree Stores, Inc. Answer, ¶ 2 filed contemporaneously herewith).

8. The parties identified above constitute all of the non-fictitious parties to this action, and there is complete diversity of citizenship between them, thereby satisfying the citizenship requirements of 28 U.S.C. § 1332.

9. Citizenship of the fictitious defendants should be ignored for the purposes of removal. 28 U.S.C. § 1441(a)

### C. AMOUNT IN CONTROVERSY

10. In order to be removable, there must be at least $75,000.00 in controversy, exclusive of interest and costs. 28 U.S.C. § 1332(a).

11. Plaintiff's Complaint alleges claims of negligence and wantonness against Defendant and demands compensatory and punitive damages. Plaintiff specifically alleges he is demanding judgment against Defendant for an amount greater than $150,000.00. [Exhibit A - Complaint].

13. The Complaint, which seeks compensatory and punitive damages from Defendant, states in part that Plaintiff was caused to suffer severe injuries to his person, including injuries to his hip, back, and neck injuries, soreness, inability to work for a period exceeding two (2) years, anxiety and other serious and severe personal injuries.. Plaintiff has alleged damages including medical expenses, lost wages, past and future pain and suffering, inconvenience, embarrassment, mental anguish, anxiety, past and future loss of ordinary pleasures of life, loss of well-being,

and loss of equanimity, and impairment of her health, strength, and vitality. [Exhibit "A" – Complaint ¶¶ 9-15].

13. Dollar Tree denies it is liable to Plaintiff in any amount but does not dispute the amount in controversy exceeds $75,000.00, as evidenced by Plaintiff's Complaint.

14. Based upon the above, the amount in controversy exceeds the jurisdictional requirement and removal is proper under 28 U.S.C. § 1332 and § 1446.

### D. TIMELINESS

15. The removal is filed within thirty (30) days from when Dollar Tree was served with the Summons and Complaint and is therefore timely. 28 U.S.C. § 1446(b).

### E. CONCLUSION

16. Defendant satisfied all procedural requirements with respect to timing, diversity of citizenship and amount in controversy and removal is proper. 28 U.S.C. §§ 1332, 1441, and 1446.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the filing of this Notice of Removal, the filing of written notice to Plaintiff, and the filing of a copy of this Notice of Removal with the Clerk of the Circuit Court of Montgomery County, Alabama, shall justify removal of said suit to this Honorable Court.

Respectfully submitted this the 23rd day of January, 2020.

...

_____
GLENN E. IRELAND (ASB-4158-e51g)
W. WALKER MOSS (ASB-9873-w62m)
Attorneys for Defendant, Dollar Tree Stores, Inc.

**OF COUNSEL:**

**CARR ALLISON**
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057
Email: cireland@carrallison.com
       wmoss@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2020, I have served a copy of the above and foregoing on counsel for all parties by:

    \_\_\_\_\_Facsimile transmission;
    \_\_\_\_\_Hand Delivery;
    __XX__ Placing a copy of same in the United States Mail, properly addressed and first-class postage prepaid to; and/or
    \_\_\_\_\_Using the Alafile or CM/ECF system which will send notifications of such to the following:

Gwendolyn Thomas Kennedy, Esq.
7051 Fain Park Drive, Suite 125
Montgomery, Alabama 36117
gwendolyntkennedy@yahoo.com

_____
OF COUNSEL