# EXHIBIT A

ELECTRONICALLY FILED
1/9/2020 9:44 AM
03-CV-2020-900024.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93 Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>03-<br>Date of Filing:<br>01/09/2020 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**
**DENNIS COLEMAN v. DOLLAR TREE STORES ET AL**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other
**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING  A ☐ APPEAL FROM DISTRICT COURT  O ☐ OTHER
R ☐ REMANDED  T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** KEN025    1/9/2020 9:44:04 AM    /s/ GWENDOLYN THOMAS KENNE
Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO

ELECTRONICALLY FILED
1/9/2020 9:44 AM
03-CV-2020-900024.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

IN THE CIRCUIT COURT OF MONTGOMERY C

| | |
|---|---|
| DENNIS COLEMAN | ) |
| Plaintiff | ) |
| V. | ) |
| | ) |
| DOLLAR TREE STORES, A, Manager of Dollar Tree Store Fairview Avenue, a B,C,D,E,F, G, and there may be other entities whose true names and identities are unknown to the Plaintiff(s) at this time, who may be legally responsible for the claims set forth herein who may be added by amendment by the Plaintiff(s) when their true names and identities are accurately ascertained by further discovery. Until that time, the Plaintiff(s) will designate these parties in accordance with ARCP 9(h), Defendants. | ) ) ) CASE NO: _____ ) ) ) ) ) |

## COMPLAINT

### STATEMENT OF THE PARTIES

1. The Plaintiff, Dennis Coleman, is an adult citizen of the State of Alabama and a resident of Montgomery County.

2. The Defendant, Dollar Tree Stores, hereinafter referred to as "Defendant," is a corporation doing business in Alabama, who owned and/or managed the premises known as Dollar Tree Stores doing business in Montgomery County at all times relevant hereto.

3. Fictitious Defendants A, B, C, are those individuals, corporations, limited liability companies, partnerships, firms, and/or other legal entities whom Defendant

employed and with whom the Defendant was associated at the time of the accident made the basis of this suit. Plaintiff avers that the true names and identities of Fictitious Defendants A, B, C, are unknown to him at this time, but will be substituted by amendment when ascertained.

4. Fictitious Defendants E, F, G, whether singular or plural, those persons, corporations, firms, or other entities whose wrongful or negligent conduct caused or contributed to accident which is the basis of this action, all of whose true and correct names are unknown to the Plaintiff at this time, but will be substituted by amendment when ascertained.

5. The named and Fictitious Defendants will hereinafter be referred to collectively as Defendants when not referred to individually.

## STATEMENT OF FACTS

6. On or about January 14, 2019, the Plaintiff was shopping at the Defendant Dollar Tree Stores on Fairview Avenue in Montgomery, Alabama, during regular business hours, on the premises owned and managed by the Defendants. At the same time and place, the Plaintiff was shopping in the store when the Defendant caused or allowed a small stocking cart or apparatus to roll into the aisle, tripping or flinging the Plaintiff and causing him to fall to the floor, injuring himself.

7. Prior to the Plaintiff's fall, the Defendant knew, or should have known, that the premises was not safe for the customers to walk the aisles with the apparatus impeding the aisle. The Defendant did not properly maintain, nor did it place signage, informing Plaintiff and other invitees that the premises was a hazard.

8. The Defendant Knew, or should have known, that the apparatus, that was well below eye level could not be seen by the customers prior to it rolling into and making contact with them in the isle. Thus, it created a hidden danger.

9. Solely as a result of the failure of the Defendant, Plaintiff sustained serious and severe injuries to his person, including, but not limited to, the following injuries: hip, back, and neck injuries; soreness, inability to work for a period exceeding 2 years.

10. Solely, as a result of the Defendants, Plaintiff, is still in pain and under the constant care of several physicians and care providers. He also has anxiety; and other serious and severe personal injuries.

11. Solely, as a result of the injuries aforementioned, the Plaintiff has incurred damages, as he was removed from the floor at the Defendant's premises, including: Medical expenses; lost wages;

12. The Plaintiff has, may, and probably will for an indefinite time in the future suffer great pain, inconvenience, embarrassment, and mental anguish;

13. The Plaintiff has, may, and probably will for an indefinite time in the future be deprived of ordinary pleasures of life, loss of well-being.

14. The Plaintiff has suffered severe anxiety and mental anguish as a result of his physical inabilities and limitations because of these injuries.

15. The Plaintiff's overall health, strength, and vitality have been greatly impaired.

## NEGLIGENCE OF THE DEFENDANTS

16. That the Plaintiff incorporates herein by reference hereto the allegations of paragraphs 1 through 15 above as if more fully set forth herein at length.

17. That the aforesaid incident occurred as a result of and was proximately caused by the careless, negligent, grossly careless, and reckless conduct of the Defendants, consisting, inter alia, of the following particulars:

Complaint Coleman v Dollar Tree Stores, Et Al  Page | 3

18. Failing to properly supervise the common areas in question so as to furnish to the Plaintiff, a safe place, free from hazards which were recognized or should have been recognized by Defendants, as causing or likely to cause the serious physical harm to the Plaintiff, and others;

19..Failing to maintain the premises in a safe condition to ensure that the Plaintiff would not be caused to slip, trip and/or fall as a result of the hazards which existed and which were known and should have been known to the Defendant;

20. Failing to properly inspect the premises wherein the Plaintiff was caused to fall, slip, and/or trip as a result of not removing the hazard;

21. Failing to maintain the premises owned by the Defendant in good and safe condition for the Plaintiff and others;

22. Failing otherwise to comply with the applicable laws and regulations of the State of Alabama and the applicable Federal laws and regulations;

23. Otherwise failing to exercise the degree of care required under the circumstances; and otherwise being negligent; and.

24. As a result of the aforesaid conduct and breach of care of the Defendants, Plaintiff sustained the injuries, losses, and damages which were more fully described above, without any negligence of the Plaintiff contributing thereto.

**WHEREFORE**: Plaintiff demands judgment against Defendant in an amount greater than $150,000.00 to be determined at trial, plus costs, and for any further relief that this Honorable Court deems appropriate.

Respectfully Submitted:

*Dennis Coleman* (signature)

**Dennis Coleman**

SWORN TO AND SUBSCRIBED before me on this the ___ day January, 2020.

*(signature)*

**NOTARY**

My Commission Expires: 7/18/2023

PLAINTIFF DEMANDS TRIAL BY JURY.

*Dennis Coleman* (signature)

**Dennis Coleman**

OF COUNSEL:

/s/ *Gwendolyn Thomas Kennedy* (signature)

**GWENDOLYN THOMAS KENNEDY**
**Attorney for the Plaintiff**
7051 Fain Park Drive, Suite 125
Montgomery, Alabama 36117
(205) 265-9021
gwendolyntkennedy@yahoo.com

**Please Serve Defendant Dollar Tree Stores at:**

**CORPORATION SERVICE COMPANY, Inc**
**641 SOUTH LAWRENCE STREET**
**MONTGOMERY, AL 36104**

Complaint Coleman v Dollar Tree Stores, Et Al  Page | 5



AlaFile E-Notice

03-CV-2020-900024.00

To:  GWENDOLYN THOMAS KENNEDY
gwendolyntkennedy@yahoo.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DENNIS COLEMAN V. DOLLAR TREE STORES ET AL
03-CV-2020-900024.00

The following complaint was FILED on 1/9/2020 9:44:08 AM

Notice Date:     1/9/2020 9:44:08 AM

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



AlaFile E-Notice

03-CV-2020-900024.00

To: DOLLAR TREE STORES
C/O CORPORATION SERVICE C
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DENNIS COLEMAN V. DOLLAR TREE STORES ET AL
03-CV-2020-900024.00

The following complaint was FILED on 1/9/2020 9:44:08 AM

Notice Date: 1/9/2020 9:44:08 AM

Service by sheriff in 03 - MONTGOMERY County

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260



AlaFile E-Notice

03-CV-2020-900024.00

To: STORE MANAGER
DOLLAR TREE STORES
13 W FAIRVIEW AVENUE
MONTGOMERY, AL, 36105

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DENNIS COLEMAN V. DOLLAR TREE STORES ET AL
03-CV-2020-900024.00

The following complaint was FILED on 1/9/2020 9:44:08 AM

Notice Date:     1/9/2020 9:44:08 AM

Service by sheriff in 03 - MONTGOMERY County

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>- CIVIL - | **Court Case Number**<br>03-CV-2020-900024.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**
**DENNIS COLEMAN V. DOLLAR TREE STORES ET AL**

**NOTICE TO:** DOLLAR TREE STORES, C/O CORPORATION SERVICE C 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GWENDOLYN THOMAS KENNEDY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 7051 FAIN PARK DRIVE, SUITE 125, MONTGOMERY, AL 36117

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

| 01/09/2020 | /s/ GINA J. ISHMAN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____

*(Name of Person Served)*     *(Name of County)*
*(Date)*

*(Address of Server)*

*(Type of Process Server)*     *(Server's Signature)*

*(Server's Printed Name)*     *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>03-CV-2020-900024.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**
**DENNIS COLEMAN V. DOLLAR TREE STORES ET AL**

**NOTICE TO:** STORE MANAGER, DOLLAR TREE STORES 13 W FAIRVIEW AVENUE, MONTGOMERY, AL 36105

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), GWENDOLYN THOMAS KENNEDY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 7051 FAIN PARK DRIVE, SUITE 125, MONTGOMERY, AL 36117

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure.                                 *[Name(s)]*

| 01/09/2020 | /s/ GINA J. ISHMAN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.    _____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*   *(Name of County)*

Alabama on _____ .
*(Date)*

_____
*(Address of Server)*

_____    _____
*(Type of Process Server)*    *(Server's Signature)*

_____    _____
*(Server's Printed Name)*    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>- CIVIL - | **Court Case Number**<br>03-CV-2020-900024.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**
**DENNIS COLEMAN V. DOLLAR TREE STORES ET AL**

**NOTICE TO:** STORE MANAGER, DOLLAR TREE STORES 13 W FAIRVIEW AVENUE, MONTGOMERY, AL 36105

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF GWENDOLYN THOMAS KENNEDY

03CV202090002400

DOLLAR TREE STORES  Def

*(Name(s) of Attorney)*

WHOSE ADDRESS(ES) IS/ARE: 7051 FAIN PARK DRIVE, SUITE

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure.

*(Name(s))*

01/09/2020 _____ /s/ GINA J. ISHMAN _____ By: ___
*(Date)* _____ *(Signature of Clerk)* _____ *(Name)*

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ *(Date)*

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to Store Manager Tamika Donaldson in Montgomery County,
*(Name of Person Served)* _____ *(Name of County)*

Alabama on 1/13/20
*(Date)*

100 S. Lawrence St
*(Address of Server)*
Montg AL 36104
832-1335
*(Phone Number of Server)*

D.S.
*(Type of Process Server)*

Rudolph Byrd
*(Server's Signature)*
Rudolph Byrd
*(Server's Printed Name)*

JAN 14 2020

03-CV-2020-900024.00
DENNIS COLEMAN V. DOLLAR TREE STORES ET AL

C001 - DENNIS COLEMAN _____ v. _____ D002 - STORE MANAGER
*(Plaintiff)* _____ *(Defendant)*

**SERVICE RETURN COPY**



**AlaFile E-Notice**

03-CV-2020-900024.00
Judge: BROOKE E REID

To: KENNEDY GWENDOLYN THOMAS
gwendolyntkennedy@yahoo.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DENNIS COLEMAN V. DOLLAR TREE STORES ET AL
03-CV-2020-900024.00

The following matter was served on 1/13/2020

**D002 MANAGER STORE**
**Corresponding To**
SERVED PERSONALLY

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>- CIVIL - | **Court Case Number**<br>03-CV-2020-900024.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
### DENNIS COLEMAN V. DOLLAR TREE STORES ET AL

**NOTICE TO:** DOLLAR TREE STORES, C/O CORPORATION SERVICE C 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
GWENDOLYN THOMAS KENNEDY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 7051 FAIN PARK DRIVE, SUITE 125, MONTGOMERY, AL 36117

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 01/09/2020 | /s/ GINA J. ISHMAN | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ (Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to Kelly Webster in Montgomery County,
*(Name of Person Served)* *(Name of County)*

Alabama on 1-14-20
*(Date)*

CSO
*(Type of Process Server)*

*(Server's Signature)*

Jerome Powell
*(Server's Printed Name)*

Montgomery Sheriff
*(Address of Server)*

832-1337
*(Phone Number of Server)*

03-CV-2020-900024.00
DENNIS COLEMAN V. DOLLAR TREE STORES ET AL

| C001 - DENNIS COLEMAN | v. | D001 - DOLLAR TREE STORES |
|---|---|---|
| (Plaintiff) | | (Defendant) |



**SERVICE RETURN COPY**



AlaFile E-Notice

03-CV-2020-900024.00
Judge: BROOKE E REID

To: KENNEDY GWENDOLYN THOMAS
gwendolyntkennedy@yahoo.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DENNIS COLEMAN V. DOLLAR TREE STORES ET AL
03-CV-2020-900024.00

The following matter was served on 1/14/2020

**D001 DOLLAR TREE STORES**
**Corresponding To**
AUTHORIZED SERVICE

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260